## SPALDING LAUNDRY & DRY CLEANING CO. *v.* DEPARTMENT OF REVENUE OF KENTUCKY

No. 123.   Decided October 13, 1969

*T. Kennedy Helm, Jr.,* for appellant.

*William S. Riley,* Assistant Attorney General of Kentucky, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## DUFFY STORAGE & MOVING CO. ET AL. *v.* CITY AND COUNTY OF DENVER ET AL.

No. 132.   Decided October 13, 1969

*George Louis Creamer* for appellants.

*Max P. Zall* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.